UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARJI L. FIELDS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　　Defendant. | Case No.   2:20-cv-01292-JDP (SS)<br><br>ORDER GRANTING THE PARTIES' STIPULATED MOTION FOR EXTENSION OF TIME<br><br>ECF No. 15 |

　　　　For good cause shown, the parties' stipulated motion for extension of time, ECF No. 15, is granted.  The court construes this filing as a motion.

IT IS SO ORDERED.

Dated:　  November 13, 2020　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　JEREMY D. PETERSON
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE