**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| MARJI L. FIELDS,<br><br>            Plaintiff,<br><br>      vs.<br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>            Defendant. | Case No.: 2:20-cv-01292-JDP<br><br>STIPULATION AND ORDER FOR AN EXTENSION OF TIME |

Pending the Court's approval, IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for Defendant to respond to Plaintiff's Motion for Summary Judgment be extended thirty (30) days from December 7, 2020, up to and including January 6, 2021.  This is the Defendant's first request for an extension and the parties' second request, as the Court previously granted Plaintiff a stipulated extension to prepare her motion for summary judgment (Dkt. 15, 17).

Defendant requests this extension in order to further consider the 1,114 page administrative record in light of the issues raised in Plaintiff's motion.  In addition, this case is assigned to an attorney who was recently hired to the Office of the General Counsel, and as such, the Commissioner's brief will undergo a detailed review prior to filing.  The assigned attorney

has been diligently working on the draft, which is nearly complete but still requires time to finalize and review.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

                                             Respectfully submitted,

Dated:  December 3, 2020                 /s/  *Harvey P. Sackett*
                                             (*as authorized via e-mail on Dec. 3, 2020)
                                             HARVEY P. SACKETT
                                             Attorney for Plaintiff

Dated: December 3, 2020                 McGREGOR W. SCOTT
                                             United States Attorney
                                             DEBORAH LEE STACHEL
                                             Regional Chief Counsel, Region IX
                                             Social Security Administration

                                By:    /s/  *Ellinor R. Coder*
                                             ELLINOR R. CODER
                                             Special Assistant U.S. Attorney

                                             Attorneys for Defendant

**ORDER**

Pursuant to the parties' stipulation, it is hereby ordered that defendant shall have an extension, up to and including January 6, 2021, to respond to plaintiff's motion for summary judgment.

IT IS SO ORDERED.


Dated:  December 9, 2020

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE